UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NUBRIDGE COMMERICAL LENDING REO SPV I INC.

Index No. 22-CV-01468-LDH-SIL

Plaintiff,

- against -

**NOTICE OF APPEARANCE**

KA & B PROPERTIES, INC.,

Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the, KAFI HARRIS & ASSOCIATES PC, for Defendant, KA & B PROPERTIES, INC and ROBERT O'CONNOR, hereby appears in the above entitled action by the undersigned attorneys. It is also demanded that all papers in the above entitled action be served upon the attorney at their office located at 990 Westbury Road, Suite 101, Westbury, NY 11590.

Dated: Westbury, New York
       September 23, 2024

> Yours, etc.,
>
> KAFI HARRIS & ASSOCIATES, P.C.
> Attorney for Defendant
>
> By  /s/ Kafi Harris
>     Kafi Harris, Esq.
>     990 Westbury Road, Suite 101
>     Westbury, NY 11590
>     (516) 248-8131
>     (516) 280-7929-fax
>     kharrislaw@gmail.com