

40 Marcus Drive, Suite 200
Melville, NY 11747
631-454-8059 phone
631-454-8169 fax

May 19, 2025

**VIA ECF**

U.S. District Court Judge LaShann DeArcy Hall
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

      Re:    NuBridge Commercial Lender REO SPV I Inc., v. KA&B Properties, Inc., et al.
             Docket No.: 22-cv-1468-LDH-SIL

Dear Hon. DeArcy Hall:

Our office represents Plaintiff, NuBridge Commercial Lender REO SPV I Inc., ("Plaintiff"), in the above referenced commercial foreclosure action. Plaintiff respectfully submits this letter in response to the correspondence filed on April 29, 2025, at Docket No. 52, by non-parties Katia Riquelme and her two minor children, Nikita O'Connor and Anna O'Connor.

The passing of Robert O'Connor does not affect the merits of this action and his estate is not a necessary party to the proceedings. In its next motion, Plaintiff will move to have Robert O'Connor removed as a party defendant in this case and to have the action discontinued solely as against him.

Generally, the death of a party does divest a court with jurisdiction until a personal representative is appointed and substituted into the case. *See Matter of Einstoss*, 26 N.Y.2d 181 (1970). However, there is an exception to this rule when a party's death does not affect the merits of the action. *DLJ Mtge. Capital, Inc. v. 44 Brushy Neck, Ltd.*, 51 A.D.3d 857 (2d Dept. 2008); *see also U.S. Bank National Association as Trustee for RMAC Trust, Series 2016 v. Sager*, 2022 WL 4451060 (E.D.N.Y. 2022).

Here, Robert O'Connor does not have an ownership interest in the mortgaged premises and was named solely in his capacity as guarantor of the loan. Plaintiff hereby waives the right to seek a deficiency judgment against Robert O'Connor or his estate. As a result, there is no need to substitute in the representative of Mr. O'Connor's estate in this proceeding. *See Sager, supra*; *see also Freedom Mortgage Corporation v. Vacanti*, 761 F.Supp.3d 602 (W.D.N.Y. 2024); *Federal Natl. Mtge. Assn. v. Connelly*, 84 A.D.2d 805 (2d Dept. 1981).

If you have any questions, please do not hesitate to contact the undersigned.

Thank you for your courtesy in this matter.

Respectfully,
Aldridge Pite, LLP

Kenneth Sheehan, Esq.

cc: Kafi Harris, Esq.
      Kafi Harris & Associates, P.C.
      *Attorneys for Defendants KA&B Properties, Inc., and Robert O'Connor*
      *VIA ECF*

      Richard E. Lerner, Esq.
      Mazzola Lindstrom, LLP
      *Attorneys for Katia Riquelme and her two minor children*
      *VIA ECF*