HILL WALLACK LLP

261 Madison Avenue
9th Floor, Suite 940-941
New York, NY 10016
main 929.469.2700

November 4, 2026

**VIA ECF**
Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *NuBridge Commercial Lending REO SPV I Inc. v. KA & B Properties, Inc. et al.*
Docket No.:2:22-cv-01468-LDH-SIL

Dear Judge Hall,

Our Firm represents NuBridge Commercial Lending REO SPV I Inc., ("Plaintiff"), Plaintiff in the above-referenced action. We write in response to this Court's Order issued on October 27, 2026 directing the parties to file a Notice, Consent and Reference of Civil Action if all parties consented to magistrate jurisdiction. We respectfully request this Court accept the executed Notice, Consent and Reference a day late, as it took Plaintiff additional time to obtain all parties consent.

Additionally, please be advised that the undersigned is the only counsel to Plaintiff and Margolin, Weinreb & Nierer, LLP should have been terminated upon Aldridge Pite's representation entered on 10/3/2022. Additionally, despite the requirement to do so,145 West Main LLC failed to obtain additional counsel once Daniel Olivieri, Esq. was terminated on July 15, 2024, nor has 145 West Main LLC participate in the Action since that time. As such, Plaintiff has been unable to obtain any consent from the party.

Plaintiff still respectfully requests the matter be referred to the Magistrate Judge on the consent of all appearing parties.

We thank you for your time and attention to this matter.

Respectfully yours,
**HILL WALLACK, LLP**
*Attorneys for Plaintiff*

*/s/ Dana M. Carrera*
**Dana M. Carrera, Esq.**
609-734-4454
dcarrera@hillwallack.com

cc:
Kafi Harris, Esq

Kafi Harris & Associates, P.C.
Attorneys for Defendants, KA&B Properties, Inc., and Robert O'Connor
*VIA ECF*

Richard E. Lerner, Esq.
Mazzola Lindstrom, LLP
Attorneys for non-parties
Katia Riquelme and her two minor children
*VIA ECF*

Michael Cardello, III, Esq. As Receiver
*VIA ECF*

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

NuBridge Commerical Lending REO SPV I Inc
*Plaintiff*
v.
KA&B Properties, Inc, et al.
*Defendant*

Civil Action No. 2:22-cv-01468

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Dana M. Carrera, Esq. - NuBridge Commerical Lending REO SPV I Inc/Sole Counsel for Plaintiff | Dana M. Carrera | 10/30/26 |
| Kafi Jamila Harris, Esq. - Counsel for KA & B Properties, Inc., Robert O'Conner | Kafi Harris | 11/04/26 |
| Marc G. Gross, Esq. - Counsel for non-party Katia Riquelme | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 10/30/2026

_______________________
*District Judge's signature*

_______________________
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

NuBridge Commerical Lending REO SPV I Inc
*Plaintiff*
v.
KA&B Properties, Inc, et al.
*Defendant*

Civil Action No. 2:22-cv-01468

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Dana M. Carrera, Esq. - NuBridge Commerical Lending REO SPV I Inc/Sole Counsel for Plaintiff | Dana M. Carrera | 10/30/26 |
| Kafi Jamila Harris, Esq. - Counsel for KA & B Properties, Inc., Robert O'Conner | | |
| Marc G. Gross, Esq. - Counsel for non-party Katia Riquelme | Marc Gross | 10/30/26 |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 10/30/2026

_______________________
*District Judge's signature*

_______________________
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.